constitute a complete Agreement. Delivery of an executed counterpart of this Agreement by facsimile or by sending a .pdf document via email shall be as effective as delivery of a manually executed counterpart.

**WHEREFORE,** the undersigned subscribe to this Agreement, as it applies to each, as of the date(s) set forth below opposite their respective signatures.

Date: August 27, 2019

_____
DAVID SHAER

Sworn to before me this
27th day of August, 2019

_____
Notary Public

LAURA A LACONCA
Notary Public - State of New York
NO. 01LA6250845
Qualified in Queens County
My Commission Expires 10/31/19

FAMOUS CORNER, INC.

Date: August ___, 2019        By:_____
                              MOSHE PERETZ, Pres.

Date: August ___, 2019        _____
                              MOSHE PERETZ, individually

Date: August ___, 2019        _____
                              AMY PERETZ, individually

Date: August ___, 2019        _____
                              MICHELLE MELMAN, individually